# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | Case No: <u>4:09-cr-77-001 (TLW)</u> |
| | ) | USM No: <u>16981-171</u> |
| -versus- | ) | <u>Pro se</u> |
| | ) | Defendant's Attorney |
| Jameir Legette | ) | |
| | ) | |
| Date of Previous Judgment: <u>April 8, 2010</u> | ) | |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ <u>the defendant</u> ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is **<u>DENIED</u> <u>(Doc. # 110)</u>.** This case does not qualify for any reduction as there was no crack cocaine involved in calculation of the base offense level. Defendant pled guilty to being a felon in possession of a firearm and ammunition in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

**IT IS SO ORDERED**.

Order Date:     <u>May 24, 2012</u>                    s/ Terry L. Wooten
                                                                        *Judge's signature*

Effective Date:                          Terry L. Wooten, United States District Judge
*(if different from above)*